United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILIP SIOTOS, et al.,

          Plaintiffs,

     v.

TARGET CORPORATION,

          Defendant.

Case No.  21-cv-02544-SK

**CONDITIONAL DISMISSAL**

Regarding Docket No. 38

     The parties advise the Court that they have reached a settlement of this case and expect to file a dismissal with prejudice prior to July 18, 2022.  (Dkt. No. 38.)  All parties have consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636.  (Dkt. Nos. 6, 7.)  Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, no later than July 18, 2022, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.  If no certification is filed, after passage of sixty days, the dismissal shall be **with** prejudice.

     **IT IS SO ORDERED**.

Dated: June 10, 2022

_____

SALLIE KIM
United States Magistrate Judge